UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                              RE:    Luis Luciano VERA
                                       Docket Number:  2:99CR00295-09
                                       PERMISSION TO TRAVEL
                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Sydney, Australia.  He is current with all supervision obligations, and the probation officer where he is supervised in the Southern District of California recommends approval be granted.

**Conviction and Sentencing Date:**  On December 21, 2000, Mr. Vera was sentenced for the offense(s) of 21 USC 846 and 841 (a)(1) - Conspiracy to Possess with Intent to Distribute Cocaine and Methamphetamine.

**Sentence Imposed:**  44 months custody BOP; 5 years Supervised Release; $100 Special Assessment.  **Special Conditions:**  Warrantless search, Participate in drug/alcohol treatment program and testing; No access to pager or cellular telephone without permission of the probation officer.

**Dates and Mode of Travel:**  February 3 through 24, 2007.

**Purpose:**  Church sponsored Victory Outreach International for their South Pacific Crusade 2007.

**RE:**  Luis Luciano VERA
  Docket Number:  2:99CR00295-09
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**DATED:**  October 20, 2006
  Elk Grove, California
  DAS/cj

---

**ORDER OF THE COURT:**

Approved    **X**              Disapproved _____

 10/24/2006                                    /s/ David F. Levi
**Date**                                           **Honorable David F. Levi**
                                                   **Chief United States District Judge**