UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                                  RE:    Luis Luciano VERA
                                         Docket Number:  2:99CR00295-09
                                         PERMISSION TO TRAVEL
                                         <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Tijuana, Mexico.  He is current with all supervision obligations, and the probation officer where he is supervised in the Southern District of California  recommends approval be granted.

**Conviction and Sentencing Date:**  On December 21, 2000, Mr. Vera was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute Cocaine and Methamphetamine.

**Sentence imposed:**  44 months BOP; 5 years TSR; $100 Special Assessment.  **Special Conditions**: Warrantless search; drug/alcohol treatment and testing; No access to pager or cellular telephone w/o permission of the probation officer.

**Prior Travel:** On October 24, 2006, Judge Levi approved the releasee's request to travel to Australia.

**Request:** The releasee's family lives in Mexico and it is anticipated he will periodically request permission to travel there.  Therefore, it is requested the releasee be allowed to travel to Tijuana, Mexico, to visit family,  with the approval of the probation officer, rather than the court.

**RE:** Luis Luciano VERA
    Docket Number:  2:99CR00295-09
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Visit family.

Respectfully Submitted,

/s/Linda L. Alger
**LINDA L. ALGER**
**Senior United States Probation Officer**

**DATED:**   July 12, 2007
       Sacramento, California
       LLA

**REVIEWED BY:**   /s/Karen A. Meusling
       **KAREN A. MEUSLING**
       **Supervising  United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___XX___                    Disapproved _____

___07/12/2007___
**Date**                         **D. Lowell Jensen**
                         **Senior United States District Judge**