PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.  )<br>)<br>**LUIS VERA** )<br>) | **Docket Number: 2:99CR00295-09** |

On January 9, 2004, the above-named was placed on supervised release for a period of 5 years.  He has completed 45 months of his 60-month term of supervised release.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                              Respectfully submitted,

                           /s/   Cynthia J. Mazzei

                          **CYNTHIA J. MAZZEI
                          United States Probation Officer**

Dated:       November 6, 2007
               Sacramento, California
               CJM:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                          **KYRIACOS M. SIMONIDIS
                          Supervising United States Probation Officer**

**Re:   LUIS VERA**
      **Docket Number:   2:99CR00295-09**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that Luis Vera be discharged from supervised release, and that the proceedings in the case be terminated.

 November 8, 2007
**Date**

**D. LOWELL JENSEN**
**Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office